FILED

JUN 26 2012

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:97-1028 MMC

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has, in the actions on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action(s) on this conditional remand order except the severed damages claims be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 13, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 6|13|12

ATTEST: 

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                           MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 09−62874 | CAN | 3 | 97−01028 | VIDA v. ABEX CORPORATION et al |
| PAE | 2 | 11−62391 | SC | 2 | 11−00080 | BISHOP v. AW CHESTERTON COMPANY et al |
| PAE | 2 | 11−62392 | SC | 2 | 11−00086 | LANSING v. AW CHESTERTON COMPANY et al |

* − denotes that the civil action has been severed.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :     Consolidated Under
LIABILITY LITIGATION (No. VI)  :     MDL DOCKET NO. 875
                                  :
                          **FILED** :     Transferred from the Northern
VIDA                              :     District of California,
                          MAY **3 1** 2012 :     Case No. 97-01028
     v.                           :
                      MICHAEL E. KUNZ, Clerk
ABEX CORPORATION, ~~et al.~~ ─── Dep. Clerk  :     E.D. PA No. 2:09-cv-62874

### SUGGESTION OF REMAND

**AND NOW,** this **31st** day of **May, 2012,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that, as to the above-captioned case:

a.) Plaintiff has complied with MDL-875 Administrative
Orders 12 and 12A (see the MDL 875 website's Administrative
Orders page, at http://www.paed.uscourts.gov/mdl875d.asp).
b.) Parties have completed their obligations under the Rule
16 order issued by the Court (see doc. no. 5).
c.) All discovery has been completed.
d.) The Court has adjudicated all outstanding motions,
including dispositive motions. Particularly relevant rulings
include:

i.    No summary judgment motions were filed and
ruled upon.

1

e.) Rule 18 settlement discussions have been exhausted at this time as to the remaining viable defendants.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket, subject to any trial-related motions in limine (including Daubert challenges).

g.) The remaining viable Defendants for trial are:

      i.   Cytec Engineered Materials, Inc.

      ii.  Shell Oil Company

      iii. Union Carbide Corporation

h.) Any demand for punitive damages is severed, and claims for punitive or exemplary damages are retained by the MDL-875 Court. See Fed. R. Civ. P. 42(b).

Accordingly, the Court **SUGGESTS** that the above-captioned case should be **REMANDED** to the United States District Court for the **Northern District of California** for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the below-listed cases have **seven**

---

[1]     The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the MDL-875 Court in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); see also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**(7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

3

## SUGGESTION OF REMAND MEMORANDUM
Updated November 4, 2011

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

## Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

## History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 12,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties).

## Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on

4

substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to those already addressed by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/mdl875n.asp.

**Contact information for the MDL 875 Court**

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), the MDL 875 asbestos law clerk (Michele_Ventura@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012) for further assistance.

**Intercircuit Assignment Committee**

The Intercircuit Assignment Committee of the Judicial Conference, under the leadership of Judge J. Frederick Motz of the District of Maryland, can assist in the identification and assignment of a senior judge from another District who is ready, willing and able to preside over the trial of this case. If appropriate, please contact Judge Motz at Judge_J_Frederick_Motz@mdd.uscourts.gov or (410) 962-0782.

ASBESTOS,CA-N,CASREF/ASB,MDL-875,TJR/ASB

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:09-cv-62874-ER
## Internal Use Only

VIDA v. ABEX CORPORATION et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Referred to: MAGISTRATE JUDGE THOMAS J. RUETER
(Settlement)
Case in other court: N-CA, 97-01028
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 02/17/2009
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

### Plaintiff

**WILLIAM VIDA**                           represented by **DAVID R. DONADIO**
                                            BRAYTON PURCELL LLP
                                            222 RUSH LANDING RD
                                            POBOX 6169
                                            NOVATO, CA 94948
                                            Email: ddonadio@braytonlaw.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **FRANCINE S. CURTIS**
                                            212 DELTA BREEZE COURT
                                            ROSEVILLE, CA 95747
                                            Fax: MDL TERMINATED
                                            *TERMINATED: 04/21/2011*
                                            *LEAD ATTORNEY*

                                            **FRANK J. ANDERS**
                                            BRAYTON PURCELL LLP
                                            222 RUSH LANDING ROAD
                                            NOVATO, CA 94948
                                            415-898-1555
                                            Fax: 415-898-1247
                                            Email: frankjanders@yahoo.com
                                            *ATTORNEY TO BE NOTICED*

                                            **GEOFF T. SLONIKER**
                                            BRAYTON PURCELL LLP
                                            222 RUSH LANDING RD
                                            NOVATO, CA 94948
                                            415-898-1555
                                            Email: gsloniker@braytonlaw.com
                                            *ATTORNEY TO BE NOTICED*

**KIMBERLY J.W.J. CHU**
BRAYTON PURCELL LLP
222 RUSH LANDING RD
NOVATO, CA 94948
415-898-1555
Email: kchu@braytonlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ABEX CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**A&C INDUSTRIES INC**
*TERMINATED: 04/26/2010*

**Defendant**

**A H VOSS COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**A P GREEN SERVICES INC**
*TERMINATED: 04/26/2010*

**Defendant**

**A P GREEN REFRACTORIES**
*TERMINATED: 05/07/2010*

**Defendant**

**A.W. CHESTERTON COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**ACANDS INC**
*TERMINATED: 05/07/2010*

**Defendant**

**AETNA STEEL**
*TERMINATED: 04/26/2010*

**Defendant**

**ALLIED SIGNAL INC**
*TERMINATED: 04/26/2010*

**Defendant**

**ALTA BUILDING MATERIAL CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**AMCORD INC**
*TERMINATED: 04/26/2010*

**Defendant**

**AMERICAN MOTORS
CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**AMERICAN PACIFIC ROOFING
COMPANY**
*TERMINATED: 05/07/2010*

**Defendant**

**AMERICAN LOCOMOTIVE
COMPANY (ALCO)**
*TERMINATED: 04/26/2010*

**Defendant**

**AMERICAN ENERGY PRODUCTS
CORP**
*TERMINATED: 04/26/2010*

**Defendant**

**AMERICAN ASBESTOS
COMPANY**
*TERMINATED: 05/07/2010*

**Defendant**

**APEX MECHANICAL**
*TERMINATED: 04/26/2010*

**Defendant**

**AQUA-CHEM, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**ARMCO INC**
*TERMINATED: 04/26/2010*

**Defendant**

**ARMSTRONG WORLD
INDUSTRIES, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**ARNOT MARINE**

**Defendant**

**ASARCO INC**
*TERMINATED: 05/07/2010*

**Defendant**

**ASBESTOS CLAIMS
MANAGEMENT CORPORATION**
*TERMINATED: 05/07/2010*

**Defendant**

**ASBESTOS CORP**
*TERMINATED: 04/26/2010*

**Defendant**

**ASBESTOS PRODUCT
MANUFACTURING
CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**ASBESTOSPRAY CORPORATION**
*TERMINATED: 05/07/2010*

**Defendant**

**ASSOCIATED INSULATION OF
CALIFORNIA**
*TERMINATED: 04/26/2010*

**Defendant**

**AUTO PARTS DISTRIBUTORS**
*TERMINATED: 04/26/2010*

**Defendant**

**BELL ASBESTOS MINES LTD**
*TERMINATED: 04/26/2010*

**Defendant**

**BENSON & ZIMMERMAN CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**BIO CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**BIRCHFIELD BOILERS**
*TERMINATED: 04/26/2010*

**Defendant**

**BOILER AND WELDING WORKS**
*TERMINATED: 04/26/2010*

**Defendant**

**BORG-WARNER CORP.**
*TERMINATED: 04/26/2010*

**Defendant**

**B.T. MANCINI CO. INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**BURLINGTON NORTHERN**
**RAILROAD COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**C.S. HARDEMAN**
*TERMINATED: 05/07/2010*

**Defendant**

**CALAVERAS ASBESTOS LTD**
*TERMINATED: 04/26/2010*

**Defendant**

**CALAVERAS CEMENT CO**
*TERMINATED: 04/26/2010*

**Defendant**

**CALIFORNIA PORTLAND**
**CEMENT CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**CALIFORNIA STUCCO**
**COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**CALMAT COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**CAPCO PIPE CO INC**
*TERMINATED: 05/07/2010*

**Defendant**

**CARLISLE CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**CASSIAR ASBESTOS COMPANY LTD**
*TERMINATED: 04/26/2010*

**Defendant**

**CASSIAR MINING CORP**
*TERMINATED: 05/07/2010*

**Defendant**

**CATERPILLAR INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**CBR CEMENT CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**CERTAIN-TEED CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**CHARLES AYRES**
*TERMINATED: 04/26/2010*

**Defendant**

**CHRYSLER CORPORATION**
*TERMINATED: 05/07/2010*

**Defendant**

**CITY LIGHTS**
*TERMINATED: 04/26/2010*

**Defendant**

**CLEAVER BROOKS**
*TERMINATED: 04/26/2010*

**Defendant**

**COEN COMPANY, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**COLONIAL SUGAR REFINING COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**CONGOLEUM CORPORATION**

*TERMINATED: 05/07/2010*

**Defendant**

**CONSOLIDATED INSULATION, INC**
*TERMINATED: 04/26/2010*

**Defendant**

**CRANE PACKING COMPANY**

**Defendant**

**CROSSFIELD PRODUCTS CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**D. CUMMINS CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**DANA CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**DOUGLASS INSULATION CO INC**
*TERMINATED: 04/26/2010*

**Defendant**

**DRESSER INDUSTRIES, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**DRESSER-RAND CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**CURABLA MFG CO INC**
*TERMINATED: 05/07/2010*

**Defendant**

**DURAMETALLIC CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**DUTTON ASBESTOS & SUPPLY CO**
*TERMINATED: 04/26/2010*

**Defendant**

**E.H. O'NEILL COMPANY, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**ELLIOTT COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**ERICSSON RADIO SYSTEMS, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**ERNEST A. JOHNSON**
*TERMINATED: 04/26/2010*

**Defendant**

**ETERNIT, INC.**
*TERMINATED: 05/07/2010*

**Defendant**

**FIBERITE CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**FIBREX INC**
*TERMINATED: 04/26/2010*

**Defendant**

**FIRESTONE TIRE & RUBBER CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**FITZGIBBONS**
*TERMINATED: 04/26/2010*

**Defendant**

**FLEXITALLIC, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**FLINTKOTE COMPANY**
*TERMINATED: 04/26/2010*

**Defendant** .

**FMC CORPORATION-TURBO**

**PUMP OPERATION**
*TERMINATED: 04/26/2010*

**Defendant**

**FORD MOTOR COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**FOSTER WHEELER CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**FRASER'S BOILER SERVICE, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**GAF CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**GARLOCK INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**GENCO INDUSTRIAL PRODUCTS**

*TERMINATED: 04/26/2010*

**Defendant**

**GENERAL ELECTRIC CO**
*TERMINATED: 04/26/2010*

**Defendant**

**GENERAL MOTORS CORP.**
*TERMINATED: 05/07/2010*

**Defendant**

**GENERAL REFRACTORIES CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**GENERAL VENEER MANUFACTURING COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**GENTEX**

*TERMINATED: 04/26/2010*

**Defendant**

**GENUINE PARTS COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**THE GOODYEAR TIRE AND
RUBBER COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**GOW SUPPLY**
*TERMINATED: 04/26/2010*

**Defendant**

**GRAYBAR ELECTRIC COMPANY
INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**GRIFFIN WHEEL CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**H & A CONSTRUCTION**
*TERMINATED: 05/07/2010*

**Defendant**

**H & H SHIP SERVICE COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**HITCO**
*TERMINATED: 04/26/2010*

**Defendant**

**I.B. BENEDICT COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**INGERSOLL & COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**INTERPACE CORP.**
*TERMINATED: 04/26/2010*

**Defendant**

**ISOTHERN**
*TERMINATED: 04/26/2010*

**Defendant**

**J.E. STEIGERWALD CO., INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**J & H MARINE & INDUSTRIAL
ENGINEERING COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**JIM WALTER CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**JOHN CRANE-HOUDAILLE INC**
*TERMINATED: 04/26/2010*

**Defendant**

**JOSHUA HENDY IRON WORKS**
*TERMINATED: 04/26/2010*

**Defendant**

**KAHR BEARING CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**KAISER GYPSUM COMPANY INC**

*TERMINATED: 04/26/2010*

**Defendant**

**KAISER CEMENT
CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**KAISER ALUMINUM &
CHEMICAL CORP**
*TERMINATED: 05/07/2010*

**Defendant**

**KAISER REFRACTORIES**
*TERMINATED: 04/26/2010*

**Defendant**

**KEENE CORPORATION**

*TERMINATED: 04/26/2010*

**Defendant**

**KELLY-MOORE PAINT
COMPANY, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**KENTILE FLOORS, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**KINGSBURY MACHINE WORKS,
INC**
*TERMINATED: 04/26/2010*

**Defendant**

**KUBOTA CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**L.D. REEDER CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**LA HABRA STUCCO**
*TERMINATED: 04/26/2010*

**Defendant**

**LAKE ASBESTOS OF QUEBEC
LIMITED**
*TERMINATED: 04/26/2010*

**Defendant**

**LEAR-SIEGLER INC**
*TERMINATED: 04/26/2010*

**Defendant**

**LOOMIS CORP.**
*TERMINATED: 04/26/2010*

**Defendant**

**LORAL CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**LORENTZEN CO.**
*TERMINATED: 05/07/2010*

**Defendant**

**LYNCH ASBESTOS**
*TERMINATED: 04/26/2010*

**Defendant**

**M. SLAYEN & ASSOC, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**M.H. DETRICK CO.**
*TERMINATED: 05/07/2010*

**Defendant**

**MACARTHUR COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**MALOTT & PETERSON-GRUNDY, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**METALCLAD INSULATION CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**METROPOLITAN LIFE INSURANCE CO**
*TERMINATED: 04/26/2010*

**Defendant**

**MEXICO REFRACTORIES**
*TERMINATED: 04/26/2010*

**Defendant**

**MITSUBISHI CEMENT CORP., LTD.**
*TERMINATED: 04/26/2010*

**Defendant**

**MOBAR INDUSTRIAL SUPPLY**
*TERMINATED: 04/26/2010*

**Defendant**

**MONOLITH PORTLAND CEMENT COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**MORRISON KNUDSON CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**MOTOR PARTS DISTRIBUTORS, INC**
*TERMINATED: 04/26/2010*

**Defendant**

**NAPA GLOVE COMPANY INC**
*TERMINATED: 04/26/2010*

**Defendant**

**NASCO AVIATION CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**NATIONAL REFRACTORIES & MINERALS**
*TERMINATED: 04/26/2010*

**Defendant**

**NATIONWIDE BOILERS**
*TERMINATED: 04/26/2010*

**Defendant**

**NATIONAL DYNAMICS**
*TERMINATED: 04/26/2010*

**Defendant**

**NAVISTAR INTERNATIONAL TRANSPORTATION CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**NEBRASKA BOILER COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**NOBLE AUTO PARTS**
*TERMINATED: 04/26/2010*

**Defendant**

**NORTH AMERICAN
REFRACTORIES COMPANY**
*TERMINATED: 05/07/2010*

**Defendant**

**NORTH SAFETY**
*TERMINATED: 04/26/2010*

**Defendant**

**OAKFABCO, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**OCEAN SHORE IRON WORKS**
*TERMINATED: 04/26/2010*

**Defendant**

**PACIFIC OCEAN BOILER**
*TERMINATED: 04/26/2010*

**Defendant**

**PACIFIC BOILERS**
*TERMINATED: 04/26/2010*

**Defendant**

**PACIFIC PUMP WORKS**
*TERMINATED: 04/26/2010*

**Defendant**

**PACIFIC WATER WORKS
SUPPLY CO., INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**PEERLESS CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**PETRO-CHEMICAL
INSULATION, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**PFIZER INCORPORATED**
*TERMINATED: 04/26/2010*

**Defendant**

**PITTSBURGH CORNING
CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**PLANT INSULATION COMPANY**
*TERMINATED: 05/07/2010*

**Defendant**

**PLUMBERS SUPPLY**
*TERMINATED: 04/26/2010*

**Defendant**

**POWER ENGINEERING &
EQUIPMENT CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**QUAD C CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**QUIGLEY COMPANY INC**
*TERMINATED: 05/07/2010*

**Defendant**

**R.D. MINERS, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**RAILWAY BRAKE PRODUCTS
GROUP**
*TERMINATED: 04/26/2010*

**Defendant**

**REPUBLIC SUPPLY**
*TERMINATED: 04/26/2010*

**Defendant**

**RAPID-AMERICAN CORP**
*TERMINATED: 04/26/2010*

**Defendant**

**RICH-TEX, INCORPORATED**
*TERMINATED: 04/26/2010*

**Defendant**

**RILEY STOKER CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**RIVERSIDE CEMENT COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**ROCKWELL INTERNATIONAL
CORP.**

**Defendant**

**ROME CABLE CORPORATION**
*TERMINATED: 05/07/2010*

**Defendant**

**SANTA FE INTERNATIONAL**
*TERMINATED: 04/26/2010*

**Defendant**

**SELBY BATTERSBY & CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**SLAKEY BROTHERS INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**SMITH-BLAIR, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**SOUTHWESTERN PORTLAND
CEMENT**
*TERMINATED: 04/26/2010*

**Defendant**

**SPECIAL MATERIALS, INC.-
WISCONSIN**
*TERMINATED: 04/26/2010*

**Defendant**

**SPRAYCRAFT CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**SPRAYON RESEARCH
CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**STAR GLOVE & SAFETY PRODUCTS CORP**
*TERMINATED: 04/26/2010*

**Defendant**

**STEEL GRIP SAFETY APPAREL CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**STRUCTURAL COATING, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**STRUCTURAL FIREPROOFING, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**SYD CARPENTER MARINE CONTRACTORS, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**TERRY STEAM TURBINE CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**THE BUDD COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**THE SYNKOLOID COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**THE B.F. GOODRICH COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**THE ANCHOR PACKING COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**THE ROCKBESTOS COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**THE OKONITE CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**THETFORD MINES**
*TERMINATED: 04/26/2010*

**Defendant**

**THIOKOL CORPORATION**                    represented by **STEVEN DALE PENROSE**
                                           BOSSO WILLIAMS APC
                                           POBOX 1822
                                           SANTA CRUZ, CA 95061
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **TIMOTHY JAMES MINOR**
                                           NICORA MINOR LLP
                                           POBOX 5115
                                           CARMEL, CA 93921
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **FRANK MORRIS GRENARD**
                                           JOHNSON & BELL LTD
                                           33 W MONROE ST STE 2700
                                           CHICAGO, IL 60603
                                           312-372-0770
                                           Email: grenardf@jbltd.com
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**THORPE INSULATION COMPANY**
*TERMINATED: 05/07/2010*

**Defendant**

**TOSHIBA INTERNATIONAL CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**TURNER-NEWALL, PLC**
*TERMINATED: 04/26/2010*

**Defendant**

**U.S. RADIATOR CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**UNION CARBIDE CORP.**

represented by **THOMAS J. MOSES**
BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
SAN FRANCISCO, CA 94105
415-808-0300
Email: tmoses@bhplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES GYPSUM
COMPANY**
*TERMINATED: 05/07/2010*

**Defendant**

**UNITED STATES MINERAL
PRODUCTS COMPANY**
*TERMINATED: 05/07/2010*

**Defendant**

**VAN ARSDALE-HARRIS LUMBER
COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**

**VANARCO**
*TERMINATED: 04/26/2010*

**Defendant**

**VAPOR CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**VICTOR MANUFACTURING &
GASKET CO**
*TERMINATED: 04/26/2010*

**Defendant**

**VINE HILL HARDWARE**
*TERMINATED: 04/26/2010*

**Defendant**

**VOSS INTERNATIONAL CORP.**
*TERMINATED: 04/26/2010*

**Defendant**

**W.R. GRACE & CO -
CONNECTICUT**
*TERMINATED: 05/07/2010*

**Defendant**

**WAGNER ELECTRIC CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**WALDRON DUFFY, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**WESTBURNE SUPPLY CO., INC.**
*TERMINATED: 04/26/2010*
*doing business as*
P.E. O'HAIR & CO
*TERMINATED: 04/26/2010*

**Defendant**

**WESTERN BUILDING MATERIALS CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**WESTERN MACARTHUR COMPANY**
*TERMINATED: 05/07/2010*

**Defendant**

**WILLIARD MARINE DECKING CO.**
*TERMINATED: 04/26/2010*

**Defendant**

**WILLIAMS AND RUSSO, INCORPORATED**
*TERMINATED: 04/26/2010*

**Defendant**

**B.P. CHEMICALS (HITCO) INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**CIBA-GEIGY CORP.**
*TERMINATED: 04/26/2010*

**Defendant**

**DEXTER CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**

**ICI COMPOSITES, INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**KIRKHILL RUBBER CO**

**Defendant**

**NARMCO INC**
*TERMINATED: 04/26/2010*

**Defendant**

**SHELL OIL CO**
*TERMINATED: 04/26/2010*

**Defendant**

**CALMAR DISTRIBUTING CO.,
INC.**
*TERMINATED: 04/26/2010*

**Defendant**

**HARCROS CHEMICALS, INC.**
*TERMINATED: 05/07/2010*

**Defendant**

**E.V. ROBERTS & ASSOCIATES,
INC.**

**Defendant**

**K.R. ANDERSON, CO., INC.**                     represented by **JUNIPER BACON**
*TERMINATED: 04/08/2011*                                          WALWORTH FRANKLIN BEVINS &
                                                                 MCCALL LLP
                                                                 601 MONTGOMERY ST 9TH FL
                                                                 SAN FRANCISCO, CA 94111-2612
                                                                 415-781-7072
                                                                 Email: jbacon@wfbm.com
                                                                 *TERMINATED: 04/08/2011*

**Defendant**

**REINHOLD INDUSTRIES**
*TERMINATED: 04/26/2010*

**Defendant**

**HAVEG INDUSTRIES**
*TERMINATED: 04/26/2010*

**Defendant**

**ARMSTRONG PRODUCTS
COMPANY**
*TERMINATED: 04/26/2010*

**Defendant**
**ELDER INDUSTRIES**
*TERMINATED: 04/26/2010*

**Defendant**
**HERCULES, INC.**
*TERMINATED: 04/26/2010*

**Defendant**
**LORD CORPORATION**
*TERMINATED: 04/26/2010*

**Defendant**
**PILKINGTON AEROSPACE, INC.**
*TERMINATED: 05/07/2010*

**Defendant**
**SAN RAFAEL PLASTICS**
*TERMINATED: 04/13/2010*

**Defendant**
**SYNERGISTIC PERFORMANCE
CORP.**
*TERMINATED: 04/26/2010*

**Defendant**
**LOCKHEED MARTIN
CORPORATION**
*TERMINATED: 02/06/2012*

represented by **JOSEPH JEDEIKIN**
JEDEIKIN MEADOWS SCHNEIDER
333 PINE ST. 5TH FL
SAN FRANCISCO, CA 94104
*TERMINATED: 02/06/2012*
*LEAD ATTORNEY*

**LAURA PATRICIA YEE**
GLAZIER YEE LLLP
201 SPEAR ST. SUITE 1520
SAN FRANCISCO, CA 94105
415-356-1100
Email: Yee@glazieryee.com
*TERMINATED: 02/06/2012*
*LEAD ATTORNEY*

**STEVEN S. SPAULDING**
HOAGLAND LONGO MORAN
DUNST DOUKAS LLP
333 PINE ST., 5TH FL
SAN FRANCISCO, CA 94104
415-781-7050
Email: sspaulding@hoaglandlongo.com

*TERMINATED: 10/04/2010*
*LEAD ATTORNEY*

**BRIAN THOMAS CLARK**
GLAZIER YEE LLLP
201 SPEAR ST STE 1520
SAN FRANCISCO, CA 94105
415-356-1100
Email: Clark@glazieryee.com
*TERMINATED: 02/06/2012*

**DEBORAH MARIA PARKER**
GLAZIER YEE LLLP
707 WILSHIRE BOULEVARD
SUITE 2025
LOS ANGELES, CA 90017
213-312-9200
Email: Parker@glazieryee.com
*TERMINATED: 02/06/2012*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2009 | 1 | TRANSFER ORDER NO. 338 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (kmk, ) (Entered: 02/27/2009) |
| 02/17/2009 | 2 | ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (kmk, ) (Entered: 02/27/2009) |
| 02/17/2009 | 3 | NOTICE TO COUNSEL (kmk, ) (Entered: 02/27/2009) |
| 06/18/2009 | 4 | NOTICE of Appearance by FRANK MORRIS GRENARD on behalf of THIOKOL CORPORATION (GRENARD, FRANK) (Entered: 06/18/2009) |
| 11/12/2009 | 5 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CAPTIONED CASES ON 12/9/09 AT 10:00 A.M. IN COURTROOM 11A, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA 19106. IT IS FURTHER ORDERED THAT FAILURE TO APPEAR AT THE CONFERENCE SHALL RESULT IN THE DISMISSAL OF THE CASE WITHOUT PREJUDICE, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/3/09. 11/12/09 ENTERED AND COPIES MAILED, E-MAILED. (lisad, ) (Entered: 11/12/2009) |

| 12/17/2009 | 6 | ORDER THAT THE COURT REFERS THIS MATTER TO CHIEF MAGISTRATE JUDGE THOMAS J. RUETER FOR DISCOVERY COMPLETION, MEDIATION/SETTLEMENT NEGOTIATION AND/OR CONFERENCES, ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/17/09. 12/17/09 ENTERED AND COPIES E-MAILED.(le, ) (Entered: 12/17/2009) |
|---|---|---|
| 03/18/2010 | 7 | ORDER THAT THE CASES DESCRIBED IN THE ATTACHED LIST ARE SCHEDULED FOR A SCHEDULING AND SETTLEMENT CONFERENCE ON MAY 4, 2010 AT 9:30 AM IN COURTROOM 3-C. SIGNED BY MAGISTRATE JUDGE THOMAS J. RUETER ON 7/17/10. 7/18/10 ENTERED AND COPIES MAILED, E-MAILED.(ah) (Entered: 03/18/2010) |
| 04/05/2010 | 8 | CERTIFICATE OF SERVICE by WILLIAM VIDA *re ORDER of March 17, 2010* (DONADIO, DAVID) (Entered: 04/05/2010) |
| 04/09/2010 | 🔒 | (Court only) ***Civil Case Terminated. (sf, ) (Entered: 04/13/2010) |
| 04/13/2010 | 9 | ORDER THAT THIS ACTION IS DISMISSED WITH PREJUDICE PURSUANT TO LRCP 41.1(b) AS TO THE ABOVE NAMED PARTIES ONLY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/18/2010. 4/13/2010 ENTERED AND COPIES MAILED, E-MAILED.** (FILED IN ERROR, ENTERED ON WRONG CASES, THIS ORDER DOES NOT CLOSE THIS CASE)**(kk, ) Modified on 4/13/2010 (tjd). (Entered: 04/13/2010) |
| 04/13/2010 | 🔒 | (Court only) ***Case Reopened (sf, ) (Entered: 04/13/2010) |
| 04/26/2010 | 11 | ORDER THAT THIS ACTION IS DISMISSED WITH PREJUDICE, PURSUANT TO AGREEMENT OF COUNSEL WITHOUT COSTS, AS TO THE ABOVE NAMED PARTIES ONLY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/14/10. 5/3/10 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 05/03/2010) |
| 05/03/2010 | 10 | First MOTION for Leave to Appear Asbestos Products Liability Litigation filed by K.R. ANDERSON, CO., INC..Notice of Appearance.(BACON, JUNIPER) (Entered: 05/03/2010) |
| 05/05/2010 | 🔒 | (Court only) ***Civil Case Terminated. (sf, ) (Entered: 05/12/2010) |
| 05/07/2010 | 12 | ORDER THAT HAVING BEEN REPORTED THAT THE ISSUES BETWEEN PARTIES LISTED AND ATTACHED HERETO AS EXHIBIT "A" HAVE BEEN SETTLED AND UPON ORDER OF THE COURT PURSUANT TO THE PROVISIONS OF RULE 41.I(b) OF THE LOCAL RULES OF CIVIL PROCEDURE OF THIS COURT, IT IS ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE, PURSUANT TO AGREEMENT OF COUNSEL WITHOUT COSTS, AS TO THE ABOVE NAMED PARTIES ONLY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/5/10. 5/10/10 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: |

| | | 05/10/2010) |
|---|---|---|
| 05/11/2010 | 13 | ORDER THAT THIS ACTION IS DISMISSED WITH PREJUDICE WITH PREJUDICE PURSUANT TO AGREEMENT OF COUNSEL WITHOUT COSTS, AS TO THE ABOVE NAMED PARTIES ONLY.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/26/10. 5/12/10 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (lvj, ) (Entered: 05/12/2010) |
| 05/11/2010 | 🔒 | (Court only) ***Case Reopened (sf, ) (Entered: 05/14/2010) |
| 05/14/2010 | 14 | ORDER THAT AFTER SCHEDULING CONFERENCE WITH COUNSEL, SCHEDULING DEADLINES ARE SET AS OUTLINED IN THIS ORDER FOR THE LIST OF CASES ATTACHED; ETC. (SEE PAPER #7259 IN 01-MD-875 FOR LIST OF CASES). SIGNED BY MAGISTRATE JUDGE THOMAS J. RUETER ON 5/14/2010. 5/14/2010 ENTERED AND COPIES MAILED, E-MAILED.(tomg, ) (Entered: 05/14/2010) |
| 05/26/2010 | 🔒 | (Court only) ***Set/Clear Flags Set Flag TJR/ASB (anl, ) (Entered: 05/26/2010) |
| 08/19/2010 | 15 | Disclosure with Certificate of Service by K.R. ANDERSON, CO., INC.. (BACON, JUNIPER) (Entered: 08/19/2010) |
| 09/28/2010 | 16 | NOTICE by K.R. ANDERSON, CO., INC. *Notice of Deposition of Plaintiff William Vida* (BACON, JUNIPER) (Entered: 09/28/2010) |
| 09/30/2010 | 17 | NOTICE of Appearance by LAURA PATRICIA YEE on behalf of LOCKHEED MARTIN CORPORATION (YEE, LAURA) (Entered: 09/30/2010) |
| 10/04/2010 | 18 | NOTICE by LOCKHEED MARTIN CORPORATION of Substitution of Attorney. Appearance of LAURA PATRICIA YEE and Withdrawal of STEVEN S. SPAULDING. (YEE, LAURA) Modified on 10/5/2010 (md). (Entered: 10/04/2010) |
| 11/01/2010 | 19 | REQUEST for Discovery *and to Vacate Scheduling Order* filed by WILLIAM VIDA. Request for Discovery and to Vacate Scheduling Order. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(DONADIO, DAVID) Modified on 11/2/2010 (md, ). (Entered: 11/01/2010) |
| 11/01/2010 | 🔒 | (Court only) ***Motions terminated: 19 MOTION for Discovery *and to Vacate Scheduling Order* filed by WILLIAM VIDA. (md, ) (Entered: 11/02/2010) |
| 11/03/2010 | 20 | ORDER THAT WITH COURT APPROVAL LAURA PATRICIA YEE IS SUBSTITUTED AS COUNSEL OF RECORD IN PLACE OF STEVEN S. SPAULDING. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/28/10. 11/3/10 ENTERED AND COPIES MAILED, E-MAILED. (ti, ) (Entered: 11/03/2010) |
| 11/03/2010 | 21 | ORDER THAT THE LETTER FROM PLAINTIFFS' COUNSEL DATED OCTOBER 29, 2010, REQUESTING THE COURT "TO VACATE" ITS |

| | | |
|---|---|---|
| | | SCHEDULING ORDER IS DENIED, WITHOUT PREJUDICE TO RIGHT OF ANY PARTY TO REQUEST THE COURT TO AMEND THE DEADLINES IN THE SCHEDULING ORDER AT THE NOVEMBER 30, 2010 SETTLEMENT CONFERENCE. THE PARTIES SHALL PROCEED WITH ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER. SIGNED BY MAGISTRATE JUDGE THOMAS J. RUETER ON 11/3/10. 11/4/10 ENTERED AND COPIES MAILED, E-MAILED.(ahf) (Entered: 11/04/2010) |
| 11/04/2010 | 22 | NOTICE of Appearance by JUNIPER BACON on behalf of K.R. ANDERSON, CO., INC. (BACON, JUNIPER) (Entered: 11/04/2010) |
| 11/06/2010 | 23 | Praecipe *Proposed Telephone Conference - November 9, 2010, 1:00 p.m. PST* by WILLIAM VIDA. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(ANDERS, FRANK) (Entered: 11/06/2010) |
| 11/08/2010 | 24 | NOTICE by K.R. ANDERSON, CO., INC. *Calendar Update* (BACON, JUNIPER) (Entered: 11/08/2010) |
| 11/08/2010 | 25 | NOTICE of Appearance by THOMAS J. MOSES on behalf of UNION CARBIDE CORP. with Certificate of Service(MOSES, THOMAS) (Entered: 11/08/2010) |
| 11/22/2010 | 26 | NOTICE of Voluntary Dismissal by All Plaintiffs As To defendant THE BOEING COMPANY, only, With Prejudice(DONADIO, DAVID) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 11/23/2010 (md). (Entered: 11/22/2010) |
| 11/22/2010 | 27 | NOTICE by K.R. ANDERSON, CO., INC. *Calendar Update* (BACON, JUNIPER) (Entered: 11/22/2010) |
| 11/23/2010 | 28 | NOTICE by K.R. ANDERSON, CO., INC. *Amended Notice of Deposition* (BACON, JUNIPER) (Entered: 11/23/2010) |
| 11/24/2010 | 29 | Praecipe *Request to Modify Scheduling Order, Further Management Conference* by WILLIAM VIDA. (Attachments: # 1 Exhibit A-Proposal To Modify Scheduling Order 11/24/2010, # 2 Exhibit B-Proposed Revisions to Scheduling Order 5/14/2010, # 3 Supplement Plaintiffs Proposed Sub-Groups 1-6, # 4 Supplement Plaintiff List of Cases, Subject 5/14/2010 Scheduling Order)(DONADIO, DAVID) (Entered: 11/24/2010) |
| 11/29/2010 | 30 | ORDER THAT DEFENDANT THE BOEING COMPANY IS DISMISSED FROM THIS ACTION WITHOUT PREJUDICE. EACH PARTY TO BEAR ITS OWN FEES AND COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/29/10. 11/30/10 ENTERED AND COPIES MAILED, E-MAILED. (ti, ) (Entered: 11/30/2010) |
| 12/06/2010 | 31 | ORDER THAT THE BOEING COMPANY IS DISMISSED FROM THIS ACTION WITH PREJUDICE. EACH PARTY TO BEAR ITS OWN FEES AND COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/2/10. 12/7/10 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 12/07/2010) |
| | | |

| 03/15/2011 | 32 | MOTION for Summary Judgment filed by K.R. ANDERSON, CO., INC..Certivication of Service.(BACON, JUNIPER) (Entered: 03/15/2011) |
| 03/15/2011 | 33 | Memorandum re 32 MOTION for Summary Judgment filed by K.R. ANDERSON, CO., INC.. (BACON, JUNIPER) (Entered: 03/15/2011) |
| 03/15/2011 | 34 | Declaration re 32 MOTION for Summary Judgment by K.R. ANDERSON, CO., INC.. (BACON, JUNIPER) (Entered: 03/15/2011) |
| 03/15/2011 | 35 | PROPOSED ORDER as to Motion for Summary Judgment filed by K.R. ANDERSON, CO., INC., Certificate of Service.(BACON, JUNIPER) Modified on 3/16/2011 (md). (Entered: 03/15/2011) |
| 03/15/2011 | 36 | Declaration re 35 MOTION for Order *[Proposed]*, 32 MOTION for Summary Judgment *Exhibit A* by K.R. ANDERSON, CO., INC.. (Attachments: # 1 Exhibit Exhibit B, # 2 Exhibit Exhibit C)(BACON, JUNIPER) (Entered: 03/15/2011) |
| 03/15/2011 | 37 | Declaration re 35 MOTION for Order *[Proposed]*, 32 MOTION for Summary Judgment *Exhitbit D* by K.R. ANDERSON, CO., INC.. (BACON, JUNIPER) (Entered: 03/15/2011) |
| 03/15/2011 | 38 | Declaration re 35 MOTION for Order *[Proposed]*, 32 MOTION for Summary Judgment *Exhibit E* by K.R. ANDERSON, CO., INC.. (BACON, JUNIPER) (Entered: 03/15/2011) |
| 03/15/2011 | 39 | MOTION for Summary Judgment filed by LOCKHEED MARTIN CORPORATION.Memorandum, Declarations, Certificate of Service. (Attachments: # 1 Supplement Memo of Law ISO LMC's MSJ, # 2 Affidavit Decl. of Smith ISO LMC's MSJ with Exh. 1, # 3 Exhibit Exhibit 2 to the Decl. of Smith, # 4 Exhibit Exhibits 3-5 to the Decl. of Smith, # 5 Exhibit Exhibit 6 to the Decl. of Smith, # 6 Exhibit Exhibit 7 to the Decl. of Smith, # 7 Affidavit Decl. of Sloane ISO LMC's MSJ, # 8 Text of Proposed Order [Proposed] Order)(YEE, LAURA) (Entered: 03/15/2011) |
| 03/15/2011 | 🔲 | (Court only) ***Motions terminated: 35 MOTION for Order [Proposed] filed by K.R. ANDERSON, CO., INC. (md) (Entered: 03/16/2011) |
| 03/18/2011 | 40 | STIPULATION of Dismissal with Prejudice by THIOKOL CORPORATION. (GRENARD, FRANK) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 3/21/2011 (md). (Entered: 03/18/2011) |
| 03/31/2011 | 41 | Disclosure with Certificate of Service by WILLIAM VIDA.(SLONIKER, GEOFF) (Entered: 03/31/2011) |
| 03/31/2011 | 42 | RESPONSE in Opposition re 39 MOTION for Summary Judgment *by Lockheed Martin Corporation* filed by WILLIAM VIDA. (Attachments: # 1 Affidavit Declaration of Geoff T. Sloniker in Support of Plaintiffs' Opposition to Defendant General Dynamics Corporation's Motion for Summary Judgment, # 2 Exhibit 1-2, # 3 Exhibit 3-4, # 4 Exhibit 5, # 5 Plaintiff's Request for Oral Argument, # 6 [Propsed] ORder)(SLONIKER, GEOFF) (Entered: 03/31/2011) |
| | | |

| 04/05/2011 | 43 | STIPULATION of Dismissal [PROPOSED] ORDER by K.R. ANDERSON, CO., INC.. (BACON, JUNIPER) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 4/6/2011 (md). (Entered: 04/05/2011) |
| 04/08/2011 | 44 | STIPULATION AND ORDER THAT THE COURT DISMISSES DEFENDANT K.R. ANDERSON COMPANY, INC. FROM THIS ACTION WITH PREJUDICE. EACH PARTY TO BEAR ITS OWN COSTS AND FEES. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/8/11. 4/8/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 04/08/2011) |
| 04/08/2011 | 45 | STIPULATION AND ORDER THAT THE COURT DISMISSES DEFENDANT ATK LAUNCH SYSTEMS, INC. (FKA ATK AEROSPACE COMPANY, INC.) FORM THIS ACTION WITH PREJUDICE. EACH PARTY TO BEAR ITS OWN FEES AND COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/7/11. 4/8/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 04/08/2011) |
| 04/14/2011 | 46 | REPLY to Response to Motion re 39 MOTION for Summary Judgment filed by LOCKHEED MARTIN CORPORATION. (Attachments: # 1 Appendix Objections to Evidence, # 2 Affidavit Supplemental Declaration of Michael D. Smith)(YEE, LAURA) (Entered: 04/14/2011) |
| 04/14/2011 | 47 | MOTION to Strike 42 Response in Opposition to Motion, *Striking Declarations of Robert Waters, James Owens, and Dr. Kenneth Cohen* filed by LOCKHEED MARTIN CORPORATION.Certificate of Service. (YEE, LAURA) (Entered: 04/14/2011) |
| 04/28/2011 | 48 | RESPONSE in Opposition re 47 MOTION to Strike 42 Response in Opposition to Motion, *Striking Declarations of Robert Waters, James Owens, and Dr. Kenneth Cohen* filed by WILLIAM VIDA. (Attachments: # 1 Declaration of Geoff T. Sloniker)(SLONIKER, GEOFF) (Entered: 04/28/2011) |
| 05/16/2011 | 49 | MOTION for Leave to File *a Reply to Plaintiff's Opposition to Lockheed Martin Corporation's Motion To Strike* filed by LOCKHEED MARTIN CORPORATION.Memorandum and Certificate of Service. (Attachments: # 1 Exhibit A - Reply Brief)(YEE, LAURA) (Entered: 05/16/2011) |
| 05/31/2011 | 50 | Objections by WILLIAM VIDA *TO DEFENDANT LOCKHEED MARTIN CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT LOCKHEED MARTIN CORPORATION'S MOTION TO STRIKE THE DECLARATIONS OF ROBERT WATERS, JAMES OWENS, AND KENNETH COHEN.* (SLONIKER, GEOFF) (Entered: 05/31/2011) |
| 06/28/2011 | | ***Copy of Order dated 11/12/2009 and envelope returned from the U.S. Postal Service addressed to PATRICIA YEE for the following reason: FORWARDING ORDER EXPIRED. (kah, ) (Entered: 06/28/2011) |
| 12/22/2011 | 51 | ORDER THAT HEARINGS ON ALL PENDING OPPOSED DISPOSITIVE MOTIONS, INLCUDING MOTIONS FOR SUMMARY |

|  |  | JUDGMENT, IN THIS CASE WILL BE HELD ON 3/20/2012, AT 10:00 AM IN COURTROOM 11A. IT IS FURTHER ORDERED THAT THIS CONFERENCE CONSTITUTES THE FINAL PRE-REMAND CONFERENCE IN EACH OF THESE CASES. IT IS FURTHER ORDERED THAT IF THE CASE IS READY TO BE REMANDED TO THE TRANSFEREE COURT, PLAINTIFFS' COUNSEL SHALL PROVIDE TO THE COURT, A LIST OFF ALL REMAINING VIABLE DEFENDANTS. IT IS FURTHER ORDERED THAT IF THERE ARE NO PENDING MOTIONS REMAINING IN THE CASE, AND COUNSEL INFORMS THE COURT, APPEARANCE AT THE HEARING IS EXCUSED, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/21/11. 12/22/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 12/22/2011) |
|---|---|---|
| 01/19/2012 | 52 | NOTICE by Counsel for LOCKHEED MARTIN CORPORATION of Change of Firm Name from KNOTT & GLAZIER LLP to GLAZIER YEE, LLLP, Certificate of Service. (CLARK, BRIAN) Modified on 1/20/2012 (md). (Entered: 01/19/2012) |
| 02/01/2012 | 53 | STIPULATION of Dismissal *of Defendant Lockheed Martin Corporation, with Prejudice; [Proposed] Order* by LOCKHEED MARTIN CORPORATION. (PARKER, DEBORAH) (Entered: 02/01/2012) |
| 02/06/2012 | 54 | ORDER THAT THE DEFENDANT LOCKHEED MARTIN CORPORATION IS HEREBY DISMISSED FROM THIS ACTION WITH PREJUDICE, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/3/12. 2/6/12 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 02/06/2012) |
| 03/19/2012 | 55 | STATUS REPORT *Regarding March 20, 2012, Final Pre-Remand Conference* by WILLIAM VIDA. (CHU, KIMBERLY) (Entered: 03/19/2012) |
| 03/19/2012 | 56 | STATUS REPORT *Regarding March 20, 2012, Final Pre-Remand Conference [AMENDED CHART]* by WILLIAM VIDA. (CHU, KIMBERLY) (Entered: 03/19/2012) |
| 05/15/2012 | 57 | ORDER THAT A RULE IS ISSUED FOR PLAINTIFFS TO SHOW CAUSE WHY THESE CASES SHOULD NOT BE DISMISSED. IT IS FURTHER ORDERED THAT A HEARING ON THE RULE TO SHOW CAUSE IS SCHEDULED FOR 5/31/12 AT 11:00AM.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/14/12. 5/15/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 05/15/2012) |
| 05/25/2012 | 58 | STATUS REPORT *REGARDING Order to Show Cause on May 31, 2012* by WILLIAM VIDA. (CHU, KIMBERLY) (Entered: 05/25/2012) |
| 05/31/2012 | 59 | ORDER THAT, UPON REVIEW OF THE ABOVE CAPTIONED CASE UNDER MDL-875 ADMINISTRATIVE ORDER NO. 18 (01-MD-875, DOC. NO. 6197), THE COURT FINDS THAT, ACCORDINGLY, THE COURT SUGGESTS THAT THE ABOVE CAPTIONED CASE SHOULD BE REMANDED TO THE UNITED STATES DISTRICT |

| | | COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA FOR RESOLUTION OF ALL MATTERS PENDING WITHIN THIS CASE EXCEPT PUNITIVE DAMAGES, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/31/12. 6/1/12 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 06/01/2012) |
|---|---|---|
| 06/13/2012 | 60 | Copy of Conditional Remand Order from the Judicial Panel on Multidistrict Litigation that all claims in the actions on this order except the severed damages claims be remanded to its respective transferor courts: CA-N 3:97-1028; SC-D 2:11-80, 2:11-86. (See Paper # 8615 in 01-md-875). (tjd) (Entered: 06/13/2012) |