1  ALAN R. BRAYTON, ESQ., CA S.B. #73685
   DAVID R. DONADIO, ESQ., CA S.B. #154436
2  Email: DDonadio@braytonlaw.com
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555
   (415)898-1247 (Facsimile)
6
   Attorneys for Plaintiff
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11  WILLIAM VIDA,                    )   No. 3:97-cv-01028-MMC
                                     )
12          Plaintiff,                )   **REQUEST FOR DISMISSAL OF**
                                     )   **DEFENDANT UNION CARBIDE**
13                                   )   **CORPORATION, WITHOUT**
    vs.                              )   **PREJUDICE; ORDER**
14                                   )
                                     )
15  ABEX CORPORATION, *et al.*,      )   This document relates to:
                                     )
16          Defendants.               )   *William Vida v. Abex Corporation, et al.*,
                                     )   United States District Court,
17                                   )   Eastern District of Pennsylvannia,
                                     )   Case No. 2:09-cv-62874-ER
18                                   )

19      The parties request this Court dismiss defendant UNION CARBIDE CORPORATION
20  from this action without prejudice. Each party to bear its own fees and costs.
21
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

---

1
REQUEST FOR DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION, WITHOUT
PREJUDICE; ORDER, Case No. 3:97-cv-01028-MMC

```
 1  Dated: July 18, 2012              BRAYTON❖PURCELL LLP
 2
 3
 4
                                      By: _____
 5                                    David R. Donadio, Esq., CA S.B. #154436
                                      Email: DDonadio@braytonlaw.com
 6                                    Tel: (415) 898-1555
                                      Fax: (415) 898-1247
 7                                    Attorneys for Plaintiff
 8
 9
    Dated: 7/20/12                    BRYDON HUGO & PARKER
10
11
12
13
14                                    By: _____
                                      Robert L. Oca
15                                    Attorneys for Defendant
                                      UNION CARBIDE CORPORATION
16
17
18
    Dated: July 24, 2012              SO ORDERED:
19
20
21
22                                    _____
                                      United States District Court Judge
23
```