ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM VIDA, <br><br> Plaintiff, <br><br> vs. <br><br> ABEX CORPORATION, *et al.*, <br><br> Defendants. | No. 3:97-cv-01028-MMC <br><br> **REQUEST FOR DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION, WITHOUT PREJUDICE; ORDER** <br><br> This document relates to: <br><br> *William Vida v. Abex Corporation, et al.*, United States District Court, Eastern District of Pennsylvannia, Case No. 2:09-cv-62874-ER |

The parties request this Court dismiss defendant UNION CARBIDE CORPORATION from this action without prejudice. Each party to bear its own fees and costs.

///
///
///
///
///
///

1
REQUEST FOR DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION, WITHOUT PREJUDICE; ORDER, Case No. 3:97-cv-01028-MMC

| | | |
|---|---|---|
| 1 | Dated: July 18, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: _____ |
| 6 | | David R. Donadio, Esq., CA S.B. #154436<br>Email: DDonadio@braytonlaw.com<br>Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247<br>Attorneys for Plaintiff |
| 8 | | |
| 9 | Dated: 7/20/12 | BRYDON HUGO & PARKER |
| 10 | | |

By: _____
Robert L. Oca
Attorneys for Defendant
UNION CARBIDE CORPORATION

Dated: July 24, 2012          SO ORDERED:

_____
United States District Court Judge

2
REQUEST FOR DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION, WITHOUT
PREJUDICE; ORDER, Case No. 3:97-cv-01028-MMC