IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VIDA, | No. C-97-1028 MMC |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFF** |
|     v. | |
| ABEX CORPORATION, et al., | |
|     Defendants. | |

    Before the Court is plaintiff's filing of July 20, 2012, titled "Case Status in Lieu of a Joint Case Management Statement," by which filing plaintiff requests the Court vacate the Case Management Conference currently scheduled for July 27, 2012, in light of plaintiff's "Notice of Dismissal of Entire Action, Without Prejudice," filed July 20, 2012.

    Because of the age of the case and the fact that the case only recently was returned to this district from the Eastern District of Pennsylvania, where it was part of a multi-district litigation proceeding, MDL No. 875, this Court is unable to determine the status of any remaining defendant(s) or the propriety of a dismissal without prejudice. See Fed. R. Civ. P. 41(a).

    Accordingly, the Case Management Conference is hereby CONTINUED to September 14, 2012, and plaintiff is hereby DIRECTED to file, no later than September 7, 2012, either a Status Report setting forth the names(s) of any defendant(s) remaining at

the time the above-referenced Notice of Dismissal was filed and the status of any such party, or (2) a dismissal of the action with prejudice.

**IT IS SO ORDERED.**

Dated:  July 24, 2012

_____
MAXINE M. CHESNEY
United States District Judge

2