ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VIDA, | Case No. 3:97-cv-01028-MMC |
| Plaintiff, | **NOTICE OF DISMISSAL OF DEFENDANT ROCKWELL INTERNATIONAL CORP. (FRCP 41(a)(1)(A)(i))** |
| vs. | |
| | **AND ORDER THEREON** |
| ABEX CORPORATION, *et al.*, | |
| Defendants. | This document relates to: |
| | *William Vida v. Abex Corporation, et al.,* United States District Court, Eastern District of Pennsylvannia, Case No. 2:09-cv-62874-ER |

TO THE CLERK OF THE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs hereby dismiss their complaint against defendant ROCKWELL INTERNATIONAL CORP. only, with prejudice.

///

///

///

1
NOTICE OF DISMISSAL OF DEFENDANT ROCKWELL INTERNATIONAL CORP.

| | | |
|---|---|---|
| 1 | Dated:  September 7, 2012 | By: s/ David R. Donadio |
| 2 | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| | | Email:  DDonadio@braytonlaw.com |
| 3 | | Tel: (415) 898-1555 |
| | | Fax: (415)898-1247 |
| 4 | | Attorneys for Plaintiff |

IT IS SO ORDERED:

Dated:  September 10, 2012

_____
United States District Court Judge

---

2
NOTICE OF DISMISSAL OF DEFENDANT ROCKWELL INTERNATIONAL CORP.