ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VIDA, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>ABEX CORPORATION, *et al.*, <br><br>　　　　Defendants. | Case No. 3:97-cv-01028-MMC <br><br>**NOTICE OF DISMISSAL OF DEFENDANT CRANE PACKING COMPANY (FRCP 41(a)(1)(A)(i))** <br><br>**AND ORDER THEREON** <br><br>This document relates to: <br><br>*William Vida v. Abex Corporation, et al.,* United States District Court, Eastern District of Pennsylvannia, Case No. 2:09-cv-62874-ER |

TO THE CLERK OF THE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs hereby dismiss their complaint against defendant CRANE PACKING COMPANY only, with prejudice.

///

///

///

///

---

1
NOTICE OF DISMISSAL OF DEFENDANT CRANE PACKING COMPANY

1
2  Dated: September 7, 2012          By:s/ David R. Donadio
3                                   DAVID R. DONADIO, ESQ., CA S.B. #154436
                                    Email: DDonadio@braytonlaw.com
                                    Tel: (415) 898-1555
4                                   Fax: (415)898-1247
                                    Attorneys for Plaintiff
5
6                                   IT IS SO ORDERED:
7
8
9  Dated: September 10, 2012         _____
                                    United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
NOTICE OF DISMISSAL OF DEFENDANT CRANE PACKING COMPANY