ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VIDA, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>ABEX CORPORATION, *et al.*, <br><br>　　　　Defendants. | Case No. 3:97-cv-01028-MMC <br><br>**NOTICE OF DISMISSAL OF DEFENDANT ARNOT MARINE (FRCP 41(a)(1)(A)(i))** <br><br>**AND ORDER THEREON** <br><br>This document relates to: <br><br>*William Vida v. Abex Corporation, et al.,* United States District Court, Eastern District of Pennsylvannia, Case No. 2:09-cv-62874-ER |

TO THE CLERK OF THE COURT:

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs hereby dismiss their complaint against defendant ARNOT MARINE only, with prejudice.

///

///

///

///

1
NOTICE OF DISMISSAL OF DEFENDANT ARNOT MARINE

| | |
|---|---|
| Dated:  September 7, 2012 | By:s/ David R. Donadio<br>DAVID R. DONADIO, ESQ., CA S.B. #154436<br>Email:  DDonadio@braytonlaw.com<br>Tel: (415) 898-1555<br>Fax: (415)898-1247<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

Dated:  September 10, 2012

_____
United States District Court Judge

---

2
NOTICE OF DISMISSAL OF DEFENDANT ARNOT MARINE