ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VIDA, <br><br>  Plaintiff, <br><br> vs. <br><br> ABEX CORPORATION, *et al.*, <br><br>  Defendants. | Case No. 3:97-cv-01028-MMC <br><br> **NOTICE OF DISMISSAL OF DEFENDANT ARNOT MARINE (FRCP 41(a)(1)(A)(i))** <br><br> **AND ORDER THEREON** <br><br> This document relates to: <br><br> *William Vida v. Abex Corporation, et al.,* United States District Court, Eastern District of Pennsylvannia, Case No. 2:09-cv-62874-ER |

TO THE CLERK OF THE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs hereby dismiss their complaint against defendant ARNOT MARINE only, with prejudice.

///

///

///

///

---

1
NOTICE OF DISMISSAL OF DEFENDANT ARNOT MARINE

1 | Dated: September 7, 2012

By:s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email:  DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiff

IT IS SO ORDERED:

Dated: September 10, 2012

_____
United States District Court Judge

2
NOTICE OF DISMISSAL OF DEFENDANT ARNOT MARINE