To: Law Offices of Stephen S. Talt-San Marino    From: Silvia Guerrero    Friday, September 07, 2012 2:02 PM Page: 2 of 3
Subject: William Vida

Case3:97-cv-01028-MMC   Document71   Filed09/10/12   Page1 of 2

| | |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., CA S.B. #73685 |
| 2 | DAVID R. DONADIO, ESQ., CA S.B. #154436<br>Email: DDonadio@braytonlaw.com |
| 3 | BRAYTON❖PURCELL LLP<br>Attorneys at Law |
| 4 | 222 Rush Landing Road<br>P.O. Box 6169 |
| 5 | Novato, California 94948-6169<br>(415) 898-1555 |
| 6 | (415)898-1247 (Facsimile) |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WILLIAM VIDA, | ) | No. 3:97-cv-01028-MMC |
| Plaintiff, | ) | **REQUEST FOR DISMISSAL OF DEFENDANT KIRKHILL-TA CO., WITH PREJUDICE; ORDER** |
| vs. | ) | |
| ABEX CORPORATION, *et al.*, | ) | This document relates to: |
| Defendants. | ) | *William Vida v. Abex Corporation, et al.*,<br>United States District Court,<br>Eastern District of Pennsylvannia,<br>Case No. 2:09-cv-62874-ER |

The parties request this Court dismiss defendant KIRKHILL-TA CO. from this action with prejudice. Each party to bear its own fees and costs.

///
///
///
///
///
///

---

1

REQUEST FOR DISMISSAL OF DEFENDANT KIRKHILL-TA CO., WITH PREJUDICE; ORDER, Case No. 3:97-cv-01028-MMC

| | | |
|---|---|---|
| 1 | Dated: September 7, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| 6 | | David R. Donadio, Esq., CA S.B. #154436<br>Email: DDonadio@braytonlaw.com<br>Tel: (415) 898-1555<br>Fax: (415)898-1247<br>Attorneys for Plaintiff |
| 7 | | |
| 8 | | |
| 9 | Dated: 9/7/2012 | LAW OFFICES OF STEPHEN S. TALT |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By: |
| 15 | | Stephen S. Talt<br>Attorneys for Defendant<br>KIRKHILL-TA CO. |
| 16 | | |
| 17 | | |
| 18 | Dated: September 10, 2012 | SO ORDERED: |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | United States District Court Judge |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2

REQUEST FOR DISMISSAL OF DEFENDANT KIRKHILL-TA CO., WITH PREJUDICE; ORDER, Case No. 3:97-cv-01028-MMC