To: Law Offices of Stephen S. Tell San Marino    From: Silvia Guerrero    Friday, September 07, 2012 2:02 PM Page: 2 of 3
Subject: William Vida

Case 3:97-cv-01028-MMC    Document 71    Filed 09/10/12    Page 1 of 2

1  ALAN R. BRAYTON, ESQ., CA S.B. #73685
   DAVID R. DONADIO, ESQ., CA S.B. #154436
2  Email:  DDonadio@braytonlaw.com
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California  94948-6169
5  (415) 898-1555
   (415)898-1247 (Facsimile)
6
7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11  WILLIAM VIDA,                    )   No. 3:97-cv-01028-MMC
                                     )
12          Plaintiff,               )   REQUEST FOR DISMISSAL OF
                                     )   DEFENDANT KIRKHILL-TA CO.,
13  vs.                              )   WITH PREJUDICE; ORDER
                                     )
14                                   )
                                     )   This document relates to:
15  ABEX CORPORATION, et al.,        )
                                     )   *William Vida v. Abex Corporation, et al.,*
16          Defendants.              )   United States District Court,
                                     )   Eastern District of Pennsylvannia,
17                                   )   Case No. 2:09-cv-62874-ER
                                     )
18                                   )

19      The parties request this Court dismiss defendant KIRKHILL-TA CO.

20  from this action with prejudice.  Each party to bear its own fees and costs.

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

To: Law Offices of Stephen S. Talt Marin From: Doc Express Friday, September 07, 2012 2:01 PM Page: 3 of 3
Subject: William Vida
Case 3:97-cv-01028-MMC Document 71 Filed 09/10/12 Page 2 of 2

1    Dated: September 7, 2012             BRAYTON❖PURCELL LLP

2

3

4                                 By: s/ David R. Donadio

5                                     David R. Donadio, Esq., CA S.B. #154436
                                    Email:  DDonadio@braytonlaw.com

6                                     Tel: (415) 898-1555
                                    Fax: (415)898-1247

7                                     Attorneys for Plaintiff

8

9    Dated: 9/7/2012             LAW OFFICES OF STEPHEN S. TALT

10

11

12

13

14                                By:

15                                     Stephen S. Talt
                                    Attorneys for Defendant

16                                     KIRKHILL-TA CO.

17

18    Dated: September 10, 2012          SO ORDERED:

19

20

21

22                                     

23                                   United States District Court Judge

24

25

26

27

28

REQUEST FOR DISMISSAL OF DEFENDANT KIRKHILL-TA CO., WITH PREJUDICE; ORDER, Case No.
3:97-cv-01028-MMC