IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VIDA,<br><br>        Plaintiff,<br>  v.<br><br>ABEX CORPORATION, et al.,<br><br>        Defendants. | No. C-97-1028 MMC<br><br>**ORDER DISMISSING REMAINING DEFENDANT; VACATING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO CLERK** |

Before the Court is Plaintiff's Status Report, filed September 7, 2012, in which plaintiff advises the Court that he has resolved his claims against all defendants other than defendant E.V. Roberts & Associates, Inc. ("E.V. Roberts"), and that plaintiff is not pursuing his claims against said remaining defendant.

Under such circumstances, the complaint is hereby DISMISSED without prejudice as to defendant E.V. Roberts. Should plaintiff hereafter be able to contact a representative for and reach an agreement with said defendant, plaintiff may file an amended form of dismissal.

In light of the above, the Case Management Conference currently scheduled for September 14, 2012 is hereby VACATED, and the Clerk is hereby DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated: September 11, 2012

MAXINE M. CHESNEY
United States District Judge